IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re SAMUEL ANDERSON,

No. C 12-02859 YGR (PR)

**ORDER OF TRANSFER**

_____/

This action was opened on June 4, 2012, when the Court received from inmate Samuel Anderson a letter to the Honorable Thelton E. Henderson that concerned prison conditions. On that date, the Clerk of the Court notified Mr. Anderson in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Court further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis* application within thirty days.

Further review of Mr. Anderson's case reveals that, in addition to failing to submit the proper documents, Mr. Anderson has also initiated his civil action in the wrong judicial district. Mr. Anderson's letter states that he is currently incarcerated at High Desert State Prison (HDSP) in Susanville, California. He alleges that the medical staff at HDSP have ignored his requests for evaluation and treatment of his "diabetic attacks." (June 4, 2012 Letter at 2-3.)

HDSP is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

1  If he wishes to further pursue this action, Mr. Anderson must complete the complaint form
2 and *in forma pauperis* application required by the United States District Court for the Eastern
3 District of California and mail them to that district.
4  IT IS SO ORDERED.
5 DATED: June 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Anderson2859.Transfer-ED.wpd        2